**Order filed August 16, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00606-CV

———————

**ALEXIS RAY, ZSACOYA RAY & JACQUELINE RAY, Appellants**

**V.**

**YELLOWSTONE BOULEVARD I, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1113117**

## ORDER

The reporter's record in this case was due August 2, 2018. *See* Tex. R. App. P. 35.1. Appellants are appealing as indigent, but the court reporter notified this court that appellants have not requested that the record be prepared. On July 26, 2018, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof that they had requested the record. *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

Accordingly, we order appellants to file a brief in this appeal within thirty days of the date of this order. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM